IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOY ELAINA MCINTOSH                                                                           PLAINTIFF

v.                                   No. 4:13CV202-BRW-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration                                                                                DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 5th day of June, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE