# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOY ELAINA MCINTOSH**                                        **PLAINTIFF**

v.                  No. 4:13CV202-BRW-JJV

**CAROLYN W. COLVIN, Acting**
**Commissioner, Social Security**
**Administration**                                                      **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 5th day of June, 2014.

                                             /s/Billy Roy Wilson
                               UNITED STATES DISTRICT JUDGE